■ In the Matter of WILLIAM J. LAKE, a Deceased Attorney. ■

Concur — Murphy, P. J., Kupferman, Sandler, Sullivan and Ross, JJ.

(April 23, 1985)

■ MANDIE LYNN, INC., Appellant, v INTEGRITY INSURANCE COMPANY, Respondent and Third-Party Plaintiff, et al., Third-Party Defendants. GEORGE F. FOLKES, INC., Fourth-Party Plaintiff, v JLS GROUP, INC., Fourth-Party Defendant.

No opinion. Concur — Murphy, P. J., Sandler, Carro, Milonas and Ellerin, JJ.